Rel: March 17, 2023

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**.  Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## OCTOBER TERM, 2022-2023

_____

### SC-2022-0767

_____

**City of Dothan**

v.

**Carroll Ben Powell, Jr.**

**Appeal from Dale Circuit Court**
**(CV-19-900102)**

MENDHEIM, Justice.

AFFIRMED.  NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Shaw, Wise, Bryan, Sellers, Stewart, and Mitchell, JJ., concur.

Parker, C.J., concurs in part and dissents in part, with opinion, which Cook, J., joins.

PARKER, Chief Justice (concurring in part and dissenting in part).

I concur in affirming the summary judgment in favor of Carroll Ben Powell, Jr., with regard to the City of Dothan's public-nuisance claim. I dissent from affirming the judgment in favor of Powell on the City of Dothan's interference-with-easement claim. I would reverse the judgment as to that claim.

Cook, J., concurs.